**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM EDWARD FINN,<br><br>           Plaintiff,<br><br>vs.<br><br>DR. ROCHE, et al.,<br><br>           Defendants. | No. 2:06-CV-0546-RRB-GGH-P<br><br>**ORDER** |

   Plaintiff William Edward Finn ("Plaintiff"), a state prisoner filing pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

   On September 7, 2006, Magistrate Judge Gregory G. Hallows filed Findings & Recommendations (Docket 8) herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the same were to be filed within twenty days. Plaintiff has not filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:06-CV-0546-RRB-GGH-P

        The Court has reviewed the file and finds the Findings & Recommendations at Docket 8 to be supported by the record and by proper analysis.

        Accordingly, **IT IS HEREBY ORDERED** that:

    1.   The Findings & Recommendations at **Docket 8**, filed on September 7, 2006, are adopted in full; and

    2.   This action is **DISMISSED** with prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        **ENTERED** this 5th day of July, 2007.

                                    S/RALPH R. BEISTLINE
                                    UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:06-CV-0546-RRB-GGH-P